# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MONIER RAHALL,

Appellant,

v.

INXS V, LLC; INXS VI, LLC; INXS VII, LLC; JJJ FAMILY LLLP; SENSIBLE PROPERTY MANAGEMENT, INC.; DANIEL FEINMAN; SHERRILL MICKEY; DAVID LOWREY; and PEER TITLE, INC.,

Appellees.

No. 2D2025-0726

_____

March 11, 2026

Appeal from the Circuit Court for Hillsborough County; Melissa M. Polo, Judge.

Jawdet I. Rubaii of Jawdet I. Rubaii, P.A., Clearwater, for Appellant.

Tracy S. Carlin, Steven L. Brannock, and Sarah B. Roberge of Brannock Berman & Seider, Tampa; and Jeffrey P. Lieser and William E. Roberts of Lieser Skaff Alexander, Tampa, for Appellees INXS V, LLC, INXS VI, LLC, INXS VII, LLC, JJJ Family, LLLP, Sensible Property Management, Daniel Feinman, Sherrill Mickey, and David Lowrey.

No appearance for Appellee Peer Title, Inc.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.